IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                Plaintiff,                ORDER

  v.

                                                                           3:07-cr-0129-bbc

BYRON G. PETERSON,

                Defendant.
_____

       On December 17, 2007 this court held an unscheduled, unrecorded telephonic status conference at the request of both attorneys. Defendant Byron G. Peterson did not participate personally but was represented by Federal Defender Michael Lieberman. The government was represented by Assistant United States Attorney Timothy O'Shea.

       The reason for the hearing was to allow some scheduling relief. The parties proffered that everyone expects Peterson to accept the government's plea offer and resolve this case with a guilty plea. The concern is that Peterson is released on conditions in Minoqua and will not be able to sign the plea agreement letter before the final pretrial conference occurs, and before the government needs to begin preparing its witnesses for trial. The parties requested that we strike the remainder of the calendar in anticipation of a promptly-scheduled guilty plea; if events do not evolve as counsel predict, then we can reschedule the trial to occur promptly.

I accepted this proposal. The remainder of the calendar in this case is stricken.  I will hold a telephonic status conference on January 7, 2008 at 10:30 a.m. to reschedule the end of this case in the event it is necessary.  We all anticipate that the parties will call the clerk's office to schedule a change of plea hearing before then. The parties had no other matters to bring to the court's attention.

Entered this 17th day of December, 2007.

                              BY THE COURT:
                              /s/
                              STEPHEN L. CROCKER
                              Magistrate Judge